UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GREGORY BANKS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES,<br><br>　　　　Defendant. | Case No. 18-cv-04451-JCS<br><br>**ORDER TO SHOW CAUSE WHY APPLICATION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 2 |
|---|---|

Plaintiff Gregory Banks, pro se, has applied to proceed in forma pauperis. Banks's application (dkt. 2) states that he is presently employed, but includes no answer to questions regarding his gross and net income from his employment and the name and address of his employer. Without such information, the Court is unable to determine whether Banks is eligible for a waiver of fees.

Banks also states that he has no bank account and owns no cash, but that his expenses exceed $2,000 per month. If Banks in fact has no liquid assets, he should provide some explanation of how he pays his monthly expenses.

Finally, Banks states that he has "other debts" but is "unsure of the obligations and creditor's name." Banks should provide at least a rough estimate of the amount of his debts.

Because Banks's initial application is not sufficient for the Court to determine whether he is eligible to proceed in forma pauperis, Banks is ORDERED to show cause why the application should not be denied, by filing a response no later than August 14, 2018. Banks may file a new application or a declaration addressing the issues discussed above. Alternatively, he may pay the filing fee by the same date. **If Banks does not file a response to this order or pay the filing fee by August 14, 2018, the undersigned will recommend that the case be dismissed.**

Banks is encouraged to consult with the Federal Pro Bono Project's Legal Help Center in

either of the Oakland or San Francisco federal courthouses for assistance.  The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102.  The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612.  Appointments can be made by calling (415) 782-8982 or signing up in the appointment book located outside either office, and telephone appointments are available.  Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: July 24, 2018

JOSEPH C. SPERO
Chief Magistrate Judge