UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BANKS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES,<br><br>    Defendant. | Case No. 18-cv-04451-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 7 |

I have reviewed Magistrate Judge Joseph C. Spero's Report and Recommendation to deny defendant's Application to Proceed in Forma Pauperis (IFP) and dismiss this case for failure to pay the filing fee. Dkt. No.

Plaintiff did not respond to Judge Spero's Order to Show Cause requiring additional information in support of his application to proceed IFP (Dkt. No. 4), did not file any objection to Judge Spero's Report and Recommendation to deny that application and dismiss this case (Dkt. No. 7), and has not taken any steps to communicate with the Court or pay the required filing fee.

Having reviewed the record in this case, and the Report and Recommendation, I find the Report correct, well-reasoned, and thorough; I adopt it in every respect. Accordingly, plaintiff's Application to Proceed in Forma Pauperis is DENIED and this case is DISMISSED for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: September 4, 2018

William H. Orrick
United States District Judge